OPINION — AG — **** COUNTY DIRECTOR OF PUBLIC WELFARE-DEFINED **** THE INDIVIDUAL REFERRED TO AS THE "COUNTY WELFARE DIRECTOR" IN 10 O.S. 1961 175.10-175.11 [10-175.10] — [10-175.11] AS AMENDED BY 10 O.S. 1968 Supp., 175.10-175.11 [10-175.10] — [10-175.11], IS THE COUNTY DIRECTOR OF PUBLIC WELFARE. CITE: 63 O.S. 1967 Supp., 1-804 [63-1-804], 56 O.S. 1961 161-232 [56-161] — [56-232] W. J. MONROE